IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 06-128-01 |
| DAVID WILLIAMS,<br>    a/k/a "David Bondosingh" | : | |

INFORMATION CHARGING PRIOR FELONY DRUG CONVICTION
PURSUANT TO TITLE 21 UNITED STATES CODE, SECTION 851(a)

The United States of America, by its attorneys Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Joseph T. Labrum III, Assistant United States Attorney for the district, hereby files this Information, charging the above-named defendant with having been previously convicted of a felony drug offense for purposes of sentencing enhancement pursuant to 21 U.S.C. § 851(a), as described below:

1. On or about March 16, 1992, defendant David Williams, a/k/a "David Bondosingh," was sentenced in the United States District Court for the District of Massachusetts on his conviction for the felony drug offense of conspiracy to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. § 846 [Count Four], at Criminal No. 90-10313(WJS), to a term of 5 years probation.

2. David Williams, a/k/a "David Bondosingh," is charged in the pending Indictment, Criminal No. 06-128-01, with conspiracy to distribute one kilogram or more of a mixture or substance containing a detectable amount of phencyclidine ("PCP"), in violation of

21 U.S.C. § 846 [Count One], and possession with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of PCP, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) [Count Two], and unlawful use of a communication facility to facilitate the commission of a drug felony, in violation of 21 U.S.C. § 843(b) [Count Four].  Williams' prior felony drug conviction in Massachusetts serves as the basis for increased punishment pursuant to 21 U.S.C. § 841(b)(1)(A)(ii) in the present case.

WHEREFORE, the government respectfully gives notice, pursuant to 21 U.S.C. § 851(a) that defendant David Williams, a/k/a "David Bondosingh, upon conviction of a violation of 21 U.S.C. § 846 and/or 21 U.S.C. §§ 841(a)(1), (b)(1)(A), will be subject to enhanced criminal penalties under 21 U.S.C. § 841(b)(1)(A)(ii) in this case.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney


JOSEPH T. LABRUM, III
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Information Charging Prior Felony Drug Conviction has been served on counsel for defendant by telefax transmission and United States mail, first class postage prepaid, addressed as follows:

> James M. Duckworth, Esquire
> 1528 Walnut Street
> Suite 1900
> Philadelphia, PA 19102
> FAX (215) 735-5126

JOSEPH T. LABRUM, III
Assistant United States Attorney

Date:   December 13, 2006